UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LG-SOLUTIONS UNLIMITED, LLC,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
TECHNOLOGY, MANAGEMENT
AND BUDGET,

    Defendant.
_____/

Case No. 1:25-cv-638

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order Granting Motion to Dismiss entered on September 19, 2025:

**IT IS HEREBY ORDERED** that Judgment is entered

Dated: September 22, 2025

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge